# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156225(67)

CAROL ANN KERN, Successor Trustee of the
FRANK KERN, III LIVING TRUST,
       Plaintiff-Appellant,

v

SC: 156225
COA: 330183
Oakland CC: 2012-127856-CB

BONNIE KERN-KOSKELA, LARRY
KOSKELA, CHRISTOPHER KELLY,
MAXITROL COMPANY, MERTIK
MAXITROL, INC., MICHAEL LATIFF and
McDONALD HOPKINS, LLC,
       Defendants-Appellees.
_____/

       On order of the Chief Justice, the motion of plaintiff-appellant to substitute Carol Ann Kern, Successor Trustee of the Frank Kern, III Living Trust, for plaintiff-appellant Frank Kern, III, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk